UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FRITZ W. ANDERSON,<br><br>               Plaintiff,<br><br>  vs.<br><br>HAROLD W. CLARKE, MR. UTTEZHT, WSP and RODNEY KRAUS,<br><br>               Defendants. | NO.  CV-06-5064-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE |

     Magistrate Judge Imbrogno filed a Report and Recommendation on October 30, 2006, recommending Mr. Anderson's action be dismissed without prejudice as Plaintiff failed to comply with the filing fee requirements of 28 U.S.C. § 1915(a)(2).  There being no objections, the court **ADOPTS** the Report and Recommendation.  The action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with 28 U.S.C. § 1915(a)(2).

     **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

     **DATED** this    17th    day of November, 2006.

                                         ***s/Lonny R. Suko***

                                    LONNY R. SUKO<br>                          UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION
AND DISMISSING ACTION WITHOUT PREJUDICE -- 1